JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| M. PAPADOPOULOS DENTAL CORP. dba VILLAGE FAMILY DENTAL OFFICE, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>PHILIPS ORAL HEALTHCARE, INC.,<br><br>Defendant(s). | Case No.: 2:19-cv-06739-AB-PLA<br><br>[~~PROPOSED~~] **ORDER RE STIPULATION TO DISMISS** |

The Stipulation to Dismiss Plaintiff's individual claims with Prejudice, putative class claims without is hereby Approved. All parties shall bear their own costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated: February 26, 2020

By: _____

Andre Birotte Jr

United States District Judge